# United States District Court
# For The Western District of North Carolina
# Statesville Division

SAMUEL ALBRIGHT BROWN,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:08CV113-2-MU

N. C. DEPARTMENT OF CORRECTION, ET AL.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2008, Order.

                                                  Signed: October 21, 2008

                                                  Frank G. Johns, Clerk
                                                  United States District Court