IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08CV113-MU-02

| | |
|---|---|
| SAMUEL ALBRIGHT BROWN,<br>    Plaintiff,<br><br>    v.<br><br>OFFICER WINKLER; Corrections Officer at the Alexander Correction Institution;<br>OFFICER SIMMS, Corrections Officer at the ACI; and<br>OFFICER TEAGUE, Corrections Officer at the ACI,<br>    Defendants. | **ORDER AND NOTICE** |

**THIS MATTER** is before the Court on Plaintiff's § 1983 Complaint (document # 1), filed October 10, 2008; and on Defendants' Motion for Summary Judgment (document # 21), filed February 16, 2010. After careful review of Defendants' Motion, the Court finds that they may be entitled to a judgment as a matter of law.

**PLAINTIFF BROWN, PLEASE READ THIS CAREFULLY:**

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, of the heavy burden that he carries in responding to Defendants' Motion. Indeed, the Federal Rules of Civil Procedure provide:

> When a motion for summary judgment is properly made and supported, an opposing party may not rely merely on

> allegations or denials in its own pleading; rather, its
> response must – by affidavits or as otherwise provided
> in this rule – set out specific facts showing a genuine
> issue for trial. If the opposing party does not so
> respond, summary judgment should, if appropriate, be
> entered against that party.

Fed. R. Civ. P. 56(e)(2) (2008). This language means that if Plaintiff has any evidence to offer to show that there is a genuine issue for trial, he must now present it to this Court in a form which would otherwise be admissible at trial, that is, in the form of affidavits or unsworn declarations. An affidavit is a written statement sworn before a notary public, and "must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant is competent to testify on the matters stated." Fed. R. Civ. P. 56(e)(1). An unsworn statement, made and signed under the penalty of perjury, also may be submitted.

Affidavits or unsworn statements must be presented by Plaintiff to this Court within thirty (30) days of the entry of this Order. <u>As stated by Rule 56(e)(2), Plaintiff's failure to respond may result in granting Defendants' Motion for Summary Judgment, that is, in the dismissal of this Complaint with prejudice</u>.

**IT IS, THEREFORE, ORDERED** that Plaintiff has thirty (30) days from the entry of this Order to file his response, including

2

any evidence, to Defendants' Motion for Summary Judgment.

The Clerk is directed to send copies of this Order and Notice to the parties.

**SO ORDERED.**

Signed: February 19, 2010

Graham C. Mullen
United States District Judge