# United States District Court
# For The Western District of North Carolina
# Statesville Division

SAMUEL ALBRIGHT BROWN,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:08CV113-2-MU

OFFICER WINKLER; OFFICER SIMS;
AND OFFICER TEAGUE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2010, Order.

                                            Signed: March 5, 2010

                                            *Frank G. Johns*, Clerk
                                            United States District Court